**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHRISTOPHER HAYES, | ) | NO. CV 16-3625-SJO(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| JOHN DOE, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 27, 2016.

*/s/ S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE